## *United States District Court for the Northern District of Illinois*

Case Number:  08CV3972          Assigned/Issued  By:  DAJ

Judge Name:  DOW               Designated Magistrate Judge:  BROWN

---

### FEE INFORMATION

**Amount Due:**  ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00               Receipt #: 2929740

Date Payment Rec'd: 07/14/08          Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1  Original and  0  copies on  07/14/08  as to  DEF.
                            (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05