**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Odermath (USA) Inc.
       Plaintiff,

v.               Case No.: 1:08−cv−03972
               Honorable Robert M. Dow Jr.

Classic Steel, Inc.
       Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing set for 9/18/2008 at 09:00 AM. and parties are to report the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the courts action herein. Lead counsel is directed to appear at this status hearing. Parties to prepare and submit a joint status report within two days prior to status. (See Judges web page for status report)Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.